REC'D AUG 1 4 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 20 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1763

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

*Malinda Andreasen v. BioMedical Tissue Services, Ltd., et al.*, N.D. Iowa, C.A. No. 3:06-3031
*Sandra Madden v. BioMedical Tissue Services, Ltd., et al.*, N.D. Iowa, C.A. No. 3:06-3041
*Keith Bruns v. BioMedical Tissue Services, Ltd., et al.*, N.D. Iowa, C.A. No. 6:06-2042

### CONDITIONAL TRANSFER ORDER (CTO-2)

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1763
## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

James H. Cook
Dutton, Braun, Staack & Hellman
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704